IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**TRACEY J.,**[1]

    Plaintiff,

v.

**COMMISSIONER, SOCIAL SECURITY ADMINISTRATION**,

    Defendant.

Civ. No. 3:22-cv-00725-MC

**JUDGMENT**

**MCSHANE, Judge**:

Based on the record, the Commissioner's final decision is REVERSED and this case is remanded for award of benefits.

IT IS SO ORDERED.

DATED this 22nd day of September, 2023.

                                      s/ Michael J. McShane
                                      Michael J. McShane
                                      United States District Judge

---

[1] In the interest of privacy, this Opinion and Order uses only the first name and the initial of the last name of the non-governmental party in this case and any immediate family members of that party.

JUDGMENT