IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| TRACEY LYNN JOSEPH., | Case No. 3:22-cv-00725-MC |
| Plaintiff, | ORDER FOR ATTORNEY FEES UNDER 42 U.S.C. § 406(b) |
| v. | |
| COMMISSIONER SOCIAL SECURITY, | |
| Defendant. | |

MCSHANE, Judge:

Plaintiff's Motion for Attorney Fees, ECF No. 24, is granted as follows: Kevin Kerr is allowed an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $29,623.00, to be paid in accordance with agency policy. Plaintiff's counsel will refund $3,704.35, the amount they already received under the Equal Access to Justice Act.

Any funds withheld by the Commissioner in advance of an order under § 406(b), less an administrative assessment pursuant to 42 U.S.C. § 406(d), may be paid to Kevin Kerr using the information on file with the Agency, and consistent with this order.

IT IS SO ORDERED.

DATED this 10th day of November 2025.

                                                  __s/Michael J. McShane_____
                                                          Michael McShane
                                                       United States District Judge

1 – Order